DANIEL G. BOGDEN, United States Attorney
GREG ADDINGTON, Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438

IGNACIA S. MORENO, Assistant Attorney General
FRED R. DISHEROON, Special Litigation Counsel
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7397, Ben Franklin Station
Washington, D.C. 20044-7397
Tel: (202) 616-9649/Fax: (202) 616-9667
Email: Fred.Disheroon@usdoj.gov
STEPHEN M. MACFARLANE, Trial Attorney
DEVON LEHMAN McCUNE, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street, Suite 9-700
Sacramento, California 95814-2322
Tel: (916) 930-2204/Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHURCHILL COUNTY, CITY OF FALLON, AND TRUCKEE-CARSON IRRIGATION DISTRICT,<br><br>                Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>                Defendants,<br><br>TRUCKEE MEADOWS WATER AUTHORITY; PYRAMID LAKE PAIUTE TRIBE; WASHOE COUNTY WATER CONSERVATION DISTRICT; CITY OF FERNLEY,<br><br>                Intervenor-Defendants. | Case No. 3:09-cv-170-LDG-RAM<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE**<br>**(Second Request)** |

1

COME NOW, Plaintiffs Churchill County, the City of Fallon, and the Truckee-Carson Irrigation District ("Plaintiffs"); United States Department of the Interior, Ken Salazar, the Bureau of Reclamation, and Michael L. Connor ("Federal Defendants"); and Intervenors Truckee Meadows Water Authority, Pyramid Lake Paiute Tribe, Washoe County Water Conservation District, and the City of Fernley ("Intervenor-Defendants"), through their undersigned attorneys, and jointly stipulate and request that the briefing schedule previously approved by the Court in this case (Dkt. #50), be modified to enlarge the time for Federal Defendants and Intervenor-Defendants to respond to the Plaintiffs' Motion to Supplement the Administrative Record (Dkt. #74) until June 27, 2011.  Under the briefing schedule approved by the Court on November 19, 2010 (Dkt. #50), responses to the Motion to Supplement are due thirty days after filing, or June 13, 2011.  In support of this request, the Parties state further as follows:

1.   Plaintiffs filed their Motion to Supplement the Administrative Record and To Require Defendants to Provide an Annotated Environmental Impact Statement Linked to Documents in the Administrative Record ("Motion to Supplement") on May 13, 2011 (Dkt. #74). Plaintiffs' Motion to Supplement was accompanied by an index and a CD containing files of 318 documents.

2.   Under the briefing schedule previously approved by the Court (*see* Dkt. #50), Federal Defendants have 30 days from the date of filing of Plaintiffs' Motion to Supplement to file an Opposition to the Motion to Supplement.

3.   Federal Defendants state as follows: Federal Defendants require a short extension of time to complete their review of Plaintiffs' supplemental documents, and also to address unanticipated litigation and scheduling conflicts that have arisen recently.  Accordingly, Federal

2

Defendants request a two-week enlargement of time, until June 27, 2011, in which to file their response to Plaintiffs' Motion to Supplement. Plaintiffs and Intervenor-Defendants do not object to this request.

4.     Therefore, the Parties stipulate that the briefing schedule previously approved by the Court be modified so that all responses to the Motion to Supplement shall be filed on or before June 27, 2011.

5.     Plaintiffs shall have 30 days from the date of service of Federal Defendants' response to the Motion to Supplement, and any response filed by Intervenor-Defendants, or until July 27, 2011, to reply.

6.     Briefing in response to Federal Defendants' and Intervenor-Defendants' Motions for Summary Judgment shall be stayed pending resolution of the Motion to Supplement.

7.     Plaintiffs shall have 30 days after service of a Court Order resolving the Motion to Supplement to file an Opposition to the Federal Defendants' Motion for Summary Judgment and to cross-move for summary judgment.

8.     Federal Defendants shall have 30 days from the date of service of Plaintiffs Opposition/Cross-Motion in which to file an Opposition/Reply to Plaintiffs' Cross-Motion for Summary Judgment and in support of Federal Defendants' Motion for Summary Judgment.

9.     Plaintiffs shall have 30 days from the date of service of Federal Defendants' Opposition/Reply to file a Reply to Federal Defendants' Opposition.

10.    Opening briefs and Opposition briefs shall not exceed 60 pages in length, and Reply briefs shall not exceed 30 pages, without leave of Court.

11.    Any motions or responsive briefs filed by Intervenor-Defendants and responses thereto shall conform to the schedule above.

3

Respectfully submitted this 3d day of June, 2011, by:

DANIEL G. BOGDEN
United States Attorney
GREG ADDINGTON
Assistant United States Attorney
IGNACIA S. MORENO
Assistant Attorney General

/s/  Stephen M. Macfarlane
FRED R. DISHEROON, Special Litigation Counsel
STEPHEN M. MACFARLANE, Trial Attorney
DEVON LEHMAN McCUNE, Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES DIVISION
Attorneys for Federal Defendants

HANSON BRIDGETT LLP

By: /s/ Michael J. Van Zandt (per auth. 06/03/11)
MICHAEL J. VAN ZANDT
Attorneys for Plaintiff
TRUCKEE-CARSON IRRIGATION DISTRICT

CHURCHILL COUNTY DISTRICT
ATTORNEY'S OFFICE

By: /s/ Craig Mingay (per auth. 06/03/2011)
CRAIG MINGAY
Attorneys for Plaintiff
CHURCHILL COUNTY

MACKEDON, McCORMICK & KING

By: /s/ Michael F. Mackedon (per auth. 06/03/11)
MICHAEL F. MACKEDON
Attorneys for Plaintiff
CITY OF FALLON

WOODBURN & WEDGE

By: /s/ Gordon H. DePaoli (per auth. 06/03/11)
GORDON H. DEPAOLI
Attorneys for Intervenor-Defendant
TRUCKEE MEADOWS WATER AUTHORITY

| | |
|---|---|
| 1 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN |
| 2 | |
| 3 | By: /c/ Christopher W. Mixson (per auth. 06/03/11) |
| | DON SPRINGMEYER |
| 4 | CHRISTOPHER W. MIXSON |
| | Attorneys for Intervenor-Defendant |
| 5 | PYRAMID LAKE PAIUTE TRIBE |

MCDONALD CARANO WILSON LLP

By: /s/ Michael A.T. Pagni (per auth. 06/03/11)
MICHAEL A.T. PAGNI
Attorneys for Intervenor-Defendant
WASHOE COUNTY WATER CONSERVATION DISTRICT

TAGGART & TAGGART LTD

By: /s/ Paul G. Taggart (per auth. 06/03/11)
PAUL G. TAGGART
Attorneys for Intervenor-Defendant
CITY OF FERNLEY

**ORDER**

The stipulated modification to the briefing schedule is APPROVED.

IT IS SO ORDERED.

DATED: 9 June 2011

_____
LLOYD D. GEORGE
SENIOR UNITED STATES DISTRICT JUDGE