DANIEL G. BOGDEN, United States Attorney
GREG ADDINGTON, Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438

ROBERT G. DREHER, Acting Assistant Attorney General
STEPHEN M. MACFARLANE, Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street, Suite 9-700
Sacramento, California 95814-2322
Tel: (916) 930-2204/Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

DEVON LEHMAN McCUNE, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1487/Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov
Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHURCHILL COUNTY, CITY OF FALLON AND TRUCKEE-CARSON IRRIGATION DISTRICT, <br><br> Plaintiffs <br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. <br>_____<br> PYRAMID LAKE PAIUTE TRIBE, et al. <br><br> Defendant-Intervenors. <br>_____ | Case No. 3:09 cv 170-LDG-WGC <br><br> NOTICE OF CHANGE OF ATTORNEY |

1

1    Federal Defendants, through their undersigned attorneys, respectfully notify the Court,
2 the Clerk of the Court, and the parties that Fred R. Disheroon is deceased and accordingly should
3 no longer be listed as one of the attorneys of record for the United States in this case.  The Clerk
4 of the Court is respectfully requested to remove Mr. Disheroon as attorney for the United States
5 and remove his name from the Court's CM/ECF system and further to remove his name from the
6 Court Docket.
7    Mr. Macfarlane and Ms. McCune remain attorneys of record for the Federal Defendants
8 in this case.

10   Respectfully submitted this 14th day of August, 2013,

DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney

ROBERT G. DREHER
Acting Assistant Attorney General

/s/ Devon Lehman McCune
STEPHEN M. MACFARLANE
DEVON LEHMAN McCUNE
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division

Attorneys for Federal Defendants

24  IT IS SO ORDERED.
25 Dated this 14th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2