DANIEL G. BOGDEN, United States Attorney
GREG ADDINGTON, Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438

JOHN C. CRUDEN, Assistant Attorney General
STEPHEN M. MACFARLANE, Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street, Suite 9-700
Sacramento, California 95814-2322
Tel: (916) 930-2204/Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

DEVON LEHMAN McCUNE, Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1487/Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHURCHILL COUNTY, CITY OF FALLON, AND TRUCKEE-CARSON IRRIGATION DISTRICT,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　　　　Defendants,<br><br>TRUCKEE MEADOWS WATER AUTHORITY; PYRAMID LAKE PAIUTE TRIBE; WASHOE COUNTY WATER CONSERVATION DISTRICT; CITY OF FERNLEY,<br><br>　　　　　　　　Intervenor-Defendants. | Case No. 3:09-cv-170-LDG-RAM<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE**<br>**(Fourth Request)** |

1

COME NOW, Plaintiffs Churchill County, the City of Fallon, and the Truckee-Carson Irrigation District ("Plaintiffs"); United States Department of the Interior, S.M.R. Jewell, the Bureau of Reclamation, and Estevan Lopez ("Federal Defendants"); and Intervenors Truckee Meadows Water Authority, Pyramid Lake Paiute Tribe, Washoe County Water Conservation District, and the City of Fernley ("Intervenor-Defendants"), through their undersigned attorneys, and jointly stipulate and request that the modified briefing schedule previously approved by the Court in this case (Dkt. #78), be further modified to enlarge the time for Federal Defendants and Intervenor-Defendants to respond to the Plaintiffs' Cross-Motion for Summary Judgment (Dkt. #108), Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. #109), and Plaintiffs Request for Judicial Notice (Dkt. #111), until June 17, 2015.  Under the modified briefing schedule approved by the Court on June 10, 2011 (Dkt. #78), responses to the Plaintiffs' summary judgment papers are due thirty days after filing, or June 8, 2015.  In support of this request, the Parties state further as follows:

1.     All Defendants filed motions for summary judgment on March 14, 2011 (Dkt. ##67, 69, 65, 71, and 72).   Plaintiffs then moved to Supplement the Administrative Record (Dkt. #74) and the parties stipulated to a stay of further summary judgment briefing pending the service of a Court Order resolving the Motion to Supplement the Administrative Record (Dkt. #78). On March 9, 2015, this Court issued an Order granting in part and denying in part the Motion to Supplement the Administrative Record (Dkt. #98).

2.     Under the modified briefing schedule previously approved by the Court (*see* Dkt. #78), as further extended by stipulation of the parties and order of the Court (Dkt. #100), Plaintiffs on May 8, 2015 filed their Cross-Motion for Summary Judgment, Opposition to Defendants' Motions for Summary Judgment, and Request for Judicial Notice.  Under the

2

modified briefing schedule, Defendants' responses to these filings are due thirty days thereafter, or June 8, 2015 (*see* Dkt. #78).

3. Federal Defendants state as follows: Federal Defendants require a short extension of time to prepare and file an Opposition/Reply brief and response to the Request for Judicial Notice due to conflicting litigation deadlines and scheduling conflicts that have arisen recently. Accordingly, Federal Defendants request an enlargement of time, until June 17, 2015, in which to file their Opposition to Plaintiffs' Cross-Motion for Summary Judgment, Reply in support of Federal Defendants' Motion for Summary Judgment, and any response to Plaintiffs' Request for Judicial Notice. Plaintiffs and Intervenor-Defendants do not object to this request.

4. Therefore, the Parties stipulate that the briefing schedule previously approved by the Court be modified so that all responses to the Plaintiffs' summary judgment filings on May 8, 2015, be due on or before June 17, 2015.

5. Plaintiffs shall have 30 days from the date of service of Defendants' Opposition/Reply to file a Reply in support of their Cross-Motion for Summary Judgment.

6. Opposition briefs shall not exceed 60 pages in length, and Reply briefs shall not exceed 30 pages, without leave of Court.

Respectfully submitted this 27th day of May, 2015, by:

    DANIEL G. BOGDEN
    United States Attorney
    GREG ADDINGTON
    Assistant United States Attorney
    JOHN C. CRUDEN
    Assistant Attorney General
    /s/ Stephen M. Macfarlane_____
    STEPHEN M. MACFARLANE, Senior Attorney
    DEVON LEHMAN McCUNE, Senior Attorney
    UNITED STATES DEPARTMENT OF JUSTICE
    ENVIRONMENT AND NATURAL RESOURCES
    DIVISION

Attorneys for Federal Defendants

HANSON BRIDGETT LLP

By: /s/ Michael J. Van Zandt (per authoriztion 05/26/15)
MICHAEL J. VAN ZANDT
Attorneys for Plaintiff
TRUCKEE-CARSON IRRIGATION DISTRICT

CHURCHILL COUNTY DISTRICT
ATTORNEY'S OFFICE

By: /s/ Benjamin Shawcroft (per authorization 05/27/15)
BENJAMIN SHAWCROFT
Attorneys for Plaintiff
CHURCHILL COUNTY

MACKEDON, McCORMICK & KING

By: /s/ Michael F. Mackedon (per authorization 05/27/15)
MICHAEL F. MACKEDON
Attorneys for Plaintiff
CITY OF FALLON

WOODBURN & WEDGE

By: /s/ Gordon H.DePaoli (per authorization 05/27/15)
GORDON H. DEPAOLI
Attorneys for Intervenor-Defendant
TRUCKEE MEADOWS WATER AUTHORITY
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN

By: /s/ Christopher W. Mixson (per authorization 05/27/15)
DON SPRINGMEYER
CHRISTOPHER W. MIXSON
Attorneys for Intervenor-Defendant
PYRAMID LAKE PAIUTE TRIBE

MCDONALD CARANO WILSON LLP

By: /s/ Michael A.T. Pagni (per authorization 05/27/15)
MICHAEL A.T. PAGNI
Attorneys for Intervenor-Defendant
WASHOE COUNTY WATER CONSERVATION
DISTRICT

4

TAGGART & TAGGART LTD

By: /s/ Paul G. Taggart (per authorization 05/27/15)
PAUL G. TAGGART
Attorneys for Intervenor-Defendant
CITY OF FERNLEY

**ORDER**

The stipulated modification to the briefing schedule is APPROVED.

IT IS SO ORDERED.

DATED: 29 May 2015

_____
LLOYD D. GEORGE
SENIOR UNITED STATES DISTRICT JUDGE

5